UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re: §
§
LYON, NATHAN WILLIAM § Case No. 19-12412 KHT
LYON, MARIA GUADALUPE §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JEFFREY A. WEINMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
721 19th Street
Denver, Colorado 80202

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection by JANUARY 19, 2021 together with a request for hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/28/2020         By: Jeffrey A. Weinman
                                            Trustee

*Jeffrey A. Weinman, Trustee*
*730 17th Street*
*Suite 240*
*Denver, CO 80202*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| In Re: | § | |
| --- | --- | --- |
| | § | |
| LYON, NATHAN WILLIAM | § | Case No. 19-12412 KHT |
| LYON, MARIA GUADALUPE | § | |
| | § | |
| Debtors | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 3,505.00 |
| and approved disbursements of | $ | 1,361.00 |
| leaving a balance on hand of[1] | $ | 2,144.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Jeffrey A. Weinman, Trustee | $ 876.25 | $ 0.00 | $ 876.25 |
| Trustee Expenses: Jeffrey A. Weinman, Trustee | $ 87.40 | $ 0.00 | $ 87.40 |
| Attorney for Trustee Fees: BUECHLER LAW OFFICE, LLC | $ 1,361.00 | $ 1,361.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 963.65 |
| Remaining Balance | $ | 1,180.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,406.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Colorado Department of Revenue | $ 1,406.00 | $ 0.00 | $ 1,180.35 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 1,180.35 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,604.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,123.40 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank | $ 4,721.84 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. | $ 4,524.60 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. | $ 29,439.07 | $ 0.00 | $ 0.00 |
| 000005 | Capital One Bank (USA), N.A. | $ 10,326.22 | $ 0.00 | $ 0.00 |
| 000006 | Capital One Bank (USA), N.A. | $ 754.76 | $ 0.00 | $ 0.00 |
| 000007 | Capital One Bank (USA), N.A. | $ 1,685.95 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital One Bank (USA), N.A. | $ 387.09 | $ 0.00 | $ 0.00 |
| 000009 | Capital One Bank (USA), N.A. | $ 2,363.93 | $ 0.00 | $ 0.00 |
| 000011 | Capital One, N.A. | $ 186.27 | $ 0.00 | $ 0.00 |
| 000012 | Capital One, N.A. | $ 2,884.43 | $ 0.00 | $ 0.00 |
| 000013 | Citibank, N.A. | $ 4,502.06 | $ 0.00 | $ 0.00 |
| 000014 | Citibank, N.A. | $ 2,626.50 | $ 0.00 | $ 0.00 |
| 000015 | Citibank, N.A. | $ 656.67 | $ 0.00 | $ 0.00 |
| 000016 | Synchrony Bank | $ 421.84 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Jeffrey A. Weinman
Trustee

*Jeffrey A. Weinman, Trustee*
*730 17th Street*
*Suite 240*
*Denver, CO 80202*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-12412-KHT |
| LYON, NATHAN WILLIAM | ) | |
| XXX-XX-2924 | ) | Chapter 7 |
| LYON, MARIA GUADALUPE | ) | |
| XXX-XX-1702 | ) | |
| Debtor(s) | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 28, 2020, true and complete copies of the Notice Pursuant to Local Bankruptcy Rule 9013 of Filing of Trustee's Final Report and Application for Compensation and Reimbursement of Expenses (Final Report) and Notice of Proposed Distribution were placed in the U.S. mail, first-class, postage prepaid addressed to the parties-in-interest identified on the attached mailing list.

/s/Lisa Barenberg

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 19-12412-KHT<br>District of Colorado<br>Denver<br>Mon Dec 28 09:20:27 MST 2020 | American Home Shield<br>860 Ridge Lake Blvd<br>Memphis, TN 38120-9408 | Bank of America<br>4909 Savarese Circle<br>FLT1-908-01-50<br>Tampa, FL 33634-2413 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Captal One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citicards CBNA<br>Centralized Bankruptcy<br>PO BOX 6077<br>Sioux Falls, SD 57117-6077 |
| Colorado Department of Revenue<br>1375 Sherman St.<br>Room 504<br>Denver, CO 80261-2200 | Colorado Laboratory Services<br>2222 N Nevada Avenue<br>Colorado Springs, CO 80907-6819 | Comenity Bank/Overstock<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Pottery Barn<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Costco Go Anywhere Citicard<br>Citicorp Credit Services/Centralized Ban<br>PO Box 790040<br>St. Louis, MO 63179-0040 | Credit Associates, Inc<br>PO Box 5056<br>Helena, MT 59604-5056 |
| Creditors Bureau USA<br>Attn: Bankruptcy<br>757 L Street<br>Fresno, CA 93721-2998 | Jonathan Dickey<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 | Tara Gaschler Salinas<br>501 S. Cherry Street<br>Ste 1100<br>Denver, CO 80246-1323 | Genesis BC/Celtic Bank<br>Attn: Bankruptcy<br>268 South State Street Ste 300<br>Salt Lake City, UT 84111-5314 |
| HG Management<br>PO Box 5368<br>Denver, CO 80217-5368 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>Kohls Credit<br>PO Box 3120<br>Milwaukee, WI 53201-3120 |
| Maria Guadalupe Lyon<br>894 Xenon Lane<br>Castle Rock, CO 80108-3087 | Nathan William Lyon<br>894 Xenon Lane<br>Castle Rock, CO 80108-3087 | Meadows Orthodontics<br>3993 Limelight Avenue<br>Castle Rock, CO 80109-8019 |
| Mercury Card/FBT<br>Attn: Bankruptcy<br>PO Box 84064<br>Columbus, GA 31908-4064 | Mercury/FBT<br>Attn: Bankruptcy<br>PO Box84064<br>Columbus, GA 31908-4064 | Red Rocks Credit Union<br>200 W Plaza Drive<br>Littleton, CO 80129-2348 |

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Jeffrey A. Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One
Attn: Bankruptcy
PO BOX 30285
Salt Lake City, UT 84130-0285

(d)Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Synchrony Bank/Care Credit
Attn: Bankruptcy Department
PO Box 965060

End of Label Matrix
Mailable recipients   32
Bypassed recipients    4
Total                 36